# Court of Appeals
# of the State of Georgia

ATLANTA,____June 05, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0369. CORNERS COURT, LLC v. AMERICAN TOWER DELAWARE CORPORATION.**

This case began as a dispossessory action in magistrate court. After an adverse ruling, defendant American Tower Delaware Corporation ("American Tower") appealed to the superior court. On April 30, 2014, the superior court entered a judgment in American Tower's favor. Twelve days later, on May 12, 2014, plaintiff Corners Court, LLC ("Corners Court"), filed this application for discretionary appeal.

Corners Court has moved to seal the record, noting that the information included in its application was sealed below. That motion is hereby GRANTED.

However, we lack jurisdiction to consider the merits of the application because it is untimely. Although an application for discretionary appeal generally may be filed within 30 days of entry of the order sought to be appealed, the underlying subject matter of an appeal controls over the relief sought when determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter of this case is a dispossessory proceeding. And, pursuant to OCGA § 44-7-56, an appeal in such a case must be filed within seven days of entry of the judgment. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Here, Corners Court filed its application twelve days after the superior court's order was entered. Accordingly, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 06/05/2014

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*